IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>$41,940.00 IN UNITED STATES CURRENCY,<br><br>　　　　Defendant. | 8:19CV304<br><br>**DEFAULT JUDGMENT<br>AND DECREE OF FORFEITURE** |

　　　　This matter is before the Court upon United States of America's Motion for Default Judgment and Decree of Forfeiture (Filing No. 22) against the defendant U.S. currency, Asgeir Asgeirsson, and any other unknown individuals and/or entities. The Court, being duly advised in the premises, finds as follows:

1. On July 11, 2019, the United States filed a Complaint for Forfeiture *in rem* against the Defendant Property. Filing No. 1.

2. The Court issued a Warrant for Arrest *in rem* (Filing No. 4) and the Homeland Security Investigations (HSI) served the Warrant on the Defendant property.

3. On July 15, 2019, the United States Attorney's Office District of Nebraska (USAO) served the Complaint, Notice of Complaint for Forfeiture, and Warrant for Arrest *in rem* on Asgeir Asgeirsson *via* U.S. mail and Certified mail. Filing No. 10.

4. On July 15, 2019, the USAO served the Complaint, Notice of Complaint for Forfeiture, and Warrant for Arrest *in rem* on Andrew Asgeirsson *via* U.S. mail and Certified mail. Filing No. 10.

5. On July 15, 2019, the USAO served the Complaint, Notice of Complaint for Forfeiture, and Warrant for Arrest *in rem* on Matthew Derek Petersen *via* U.S.

mail and Certified mail.   Filing No. 10.

6. On July 29, 2019, Asgeir Asgeirsson filed an Answer (Filing No. 7) to the Complaint.

7. Pursuant to Court Order (Filing No. 6), the United States published notice of this action.   Filing No. 16.

8. Other than Asgeir Asgeirsson, no other person or entity entitled to the Defendant Property has filed a Claim or an Answer in response to the Complaint for Forfeiture i*n rem* within the time fixed by law.

9. Claimant Asgeir Asgeirsson, by and through Counsel, has consented to entry of Judgment and a Decree of Forfeiture against the Defendant Property.   Filing No. 17.

10. On October 21 2019, the District Court Clerk entered a Clerk's Entry of Default (Filing No. 21) against Asgeir Asgeirsson and any other unknown individuals and/or entities.

11. The Motion for Default Judgment and Decree of Forfeiture should be granted.

IT IS ORDERED:

　　A.　　The Motion for Default Judgment and Decree of Forfeiture is hereby granted;

　　B.　　All right, title and interest in or to $41,940.00 U.S. currency of the defendant property held by any person or entity is hereby forever barred and foreclosed;

　　C.　　The amount of $41,940.00 U.S. currency in defendant property shall be and the same hereby is forfeited to the United States of America;

D. The amount of $41,940.00 U.S. currency in defendant property shall be disposed of by the United States of America in accordance with law.

Dated this 24th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge